**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-6526**

─────────

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    versus

JIMMY LEE SADLER,

          Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-93-160, CA-03-160-6-20AK)

─────────

Submitted:  June 12, 2003      Decided:  June 19, 2003

─────────

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jimmy Lee Sadler, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Sadler, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See United States v. Sadler</u>, Nos. CR-93-160; CA-03-160-6-20AK (D.S.C. Feb. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>